[No. 27551-8-I. Division One. November 23, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN DIAZ SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-04219-3, Bobbe J. Bridge, J., entered December 5, 1990. *Dismissed* by unpublished per curiam opinion.

[No. 28715-0-I. Division One. November 23, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-01149-1, Nancy A. Holman, J., entered June 17, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 27217-9-I. Division One. November 23, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. STANLEY GIBSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-02980-4, Jerome M. Johnson, J., entered October 29, 1990. *Affirmed* by unpublished per curiam opinion.

[No. 30662-6-I. Division One. November 23, 1992.]

KENT T. SCHLABERG, *as Administrator, Appellant*, v. DONALD STEWART RICHARDS, ET AL, *Defendants*, THE CITY OF LYNNWOOD, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-2-03924-1, Joseph A. Thibodeau, J., entered May 13, 1992. *Affirmed* by unpublished per curiam opinion.